1   UNITED STATES DISTRICT COURT

2   WESTERN DISTRICT OF WASHINGTON

3   EX PARTE MIKANDA

4   *(Plaintiff.)*

5   *v.*

6   Case № 2:24-cv-01212-JLR

7   TYLER TECHNOLOGIES INCORPORATED

8   CITY OF EVERETT

9   SNOHOMISH COUNTY

10   CONTROVERSY OF MAY 30, 2024

11   AMERICAN PSYCHOLOGICAL ASSOCIATION

12   AMERICAN MEDICAL ASSOCIATION

13   EVERETT LAW ASSOCIATION

14   *(Defendants.)*

15   **EX PARTE COMPLAINT**

16   On date of conspiracy, before they had written their Complaint of Case No. 4A0500107, the above defendant busied themselves to deprive Mikanda with food, shower, drinking water, among other things. They deprived him of an underwear and dressed him in female cloths in order to videotape him and sale those same videos for $30.00 to $40.00 per video.

17   He was refused a blanket or a mattress. And he therefore spent the entire night standing in the cell, which is adjacent to the processing area as one goes toward the top floors.

18   They denied him the water to shower so they can videotape him as if he were mad for appearing dirty on their television screens.

19   He was also denied the water which he could drink in order to appear happy or presentable to them. They turned off the faucet. And they ignored all his requests.

20   Neyembo Mikanda sought the attention of every staff.

21   And nearly every one of them was indifferent.

22   Finally, around 3 AM, a kind officer stood at my door for a minute or 2.

23   And I explained the above dilemma.

24   He swung to his right, turned the key, and restored both the flushing water and also the drinking water.

25   And Neyembo Mikanda drank some of it.

26          COUNT I (ARRESTING THE EX PARTE OF THE UNITED STATES)

27   Ex Parte Mikanda was deprived the poor meal, which was given to every inmate, which consisted of 4 slices of bread and 2 slices of baloney.

28   As a result, or proximate result of the above failure to feed, he suffered weight loss and fatigue after he was temporarily discharged from the Snohomish County Jail.

29   When it refused to feed Neyembo Mikanda, City of Everett and its staff knew, or should have known that Neyembo Mikanda is a Person who was killed October 13, 2013, and again, March 15, 2016, under the United States of America's Government's Court's Order or Arrest Warrant of Jul. 3, 2015, *which* was later withdrawn or stolen by the *same* U.S. Judge who had it executed by the Virginia State Police in Stafford, Virginia, on October 16, 2015.

30   Neyembo Mikanda is the Ex Parte of the Justice System of the United States.

31   Ex Parte Mikanda who was killed 2 times under sword of the U.S. Justice System, which killed him October 13, 2013 at Fort Dix, NJ, and also, on the day he was taken from Petersburg, VA, to Butner, NC.

32   He cannot be proceeded against, lawfully.

33   He cannot be arrested, prosecuted, detained, denied anything, lawfully.

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                                     -- TIN**-***9076

WHEREFORE, each of these Defendants, TYLER TECHNOLOGIES INCORPORATED; CITY OF EVERETT; SNOHOMISH COUNTY; AMERICAN PSYCHOLOGICAL ASSOCIATION; AMERICAN MEDICAL ASSOCIATION; and, EVERETT LAW ASSOCIATION shall be required to compensate Neyembo Mikanda the same $1.1 million, each of them, which is the same amount a U.S. Judge was required to pay him, *in his* U.S. Certified Mail, whose Tracking number 9589071052701258062892, indicated that it was delivered to the Clerk's Office on May 25, 2024, 06:53 AM, *which* was filed *on* May 27, 2024.

34        COUNT II (MENTAL COMPETENCY OF EX PARTE OF UNITED STATES)

35    After she jailed Neyembo Mikanda without probable cause, Pro Tempore Judge Anne Anderson commanded that the American Psychological Association assess *his* competency.

36    Her own intention is to inflict on Neyembo Mikanda the same kind of death, which he had sustained on March 15, 2016, at 6 AM, in the Special Housing Unit, of Federal Correctional Institution Petersburg, where two Law-Enforcement Officers assaulted him while anointing him with the excrements of his own feces in order to feign him mad for the purposes of determining whether he is able to stand trial or not.

37    After Neyembo Mikanda died, he arose from his stealth, and was transported to Butner Prison, *where* M.K. Lewis, a Justice Department Official issued *the* CERTIFICATE OF RESTORATION OF COMPETENCY TO STAND TRIAL, on Jun. 29, 2017. It is still pending.

38    Because he had died, he became the Ex Parte of the United States, including Washington State. *His* trial, *which* was withdrawn, and also stolen *from the* Docket Sheet UNITED STATES *v.* MIKANDA, must take place before Judge Anne or any other judge can try him.

WHEREFORE, every member of the American Psychological Association which instigated Judge Anne Anderson to order herself to conduct a psychological assessment shall each of them pay to the order of Neyembo Mikanda, the sum of $1,100,000.00, at 1704 Bluestem Avenue, Williamstown, NJ 08094.

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                    -- TIN**-***9076

39      COUNT III (REFUSAL TO FEED THE EX PARTE OF THE UNITED STATES)

40    The American Medical Association has failed to instruct the Snohomish County Jail, and the City of Everett, about the importance of feeding inmates or prison populations daily.

41    During the 5 days, which he spent inside the Snohomish County Jail, Neyembo Mikanda failed to defecate even 1 time.

42    On day 1, Snohomish County Jail refused to feed Neyembo Mikanda even 1 time.

43    On day 2, the Officers of Snohomish County Jail used their dirty gloves to hand to Neyembo Mikanda 12 slices of bread and 4 slices of baloney.

44    They gave nothing else.

45    On day 3, Snohomish County Jail gave 4 slices and spoiled cakes on warn-out trays, which it had probably used for more than 50 years.

46    It gave no milk.

47    It gave no juice except sweetened-tea.

48    It gave zero fruit except a small rotten banana.

49    At lunch it gave the above cakes plus spoiled beans which they had cooked many weeks ago.

50    (In Africa, the prisons Mikanda visited offered their prisoners the meals they cooked on that same day.)

51    In the last evening which Neyembo Mikanda spent in the Snohomish County Jail, he was given the same spoiled cakes and also some rice which appeared to have been left-overs of 2 or 3 days earlier.

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                                                                         -- TIN**-***9076

52    (Snohomish County Personnel attempted to warm their left-over rice by adding some water in it and recooking it. )

53    Truly, it is very sad. The staff who are all of them very healthy are walking around their jail looking at frail inmates whom they are always starving.

54    And it appears that 5 people lost their lives during the 4 days that Neyembo Mikanda had been the detainee who was also denied a single roll of toilet paper.

55    Snohomish County Jail Food Service Staff are sub-par to their counterparts of these institutions: Allenwood Low Security Correctional Institution, Fort Dix Federal Correctional Institution, Oklahoma Federal Transfer Center, Atlanta Federal Correctional Institution, Elkton Federal Correctional Institution, Edgefield Federal Correctional Institution, Philadelphia Federal Detention Center, etc.

56    They all of them feed their inmates regularly and correctly.

57    In facts, many homeless centers also feed their inmates correctly.

58    Champions among jails or prisons is the Brooklyn Metropolitan Correctional Institution.

59    They even bring extra trays which are straight from the oven or stove.

60    The people of Snohomish County Jail are saying that if they cook, the inmates may die in the fire. They prefer to sell food (inventory) to the owners of the local restaurants.

61    This is how they make extra-money, which the Chief share with the beautiful woman and her 2 daughters who always refused to transmit short messages requesting the Kosher meals, which Neyembo Mikanda was always given in the above Federal Institutions.

62    If one would compare the Snohomish County Jail to another institution, it is commensurate with the institutions of the State of Virginia, whose staff also sell their food inventories to their local restaurants.

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                                                                                                        -- TIN**-***9076

63    (If the United States must compel my own country, which is called Congo DRC to feed its prisoners, it must also compel Washington State and Virginia Commonwealth to feed their own prisoners.)

64    Virginia served a tea-spoon of milk each day, because it gave a small packet once a week.

65    When Neyembo Mikanda was detained in Virginia, 12 people died of hunger.

66    Such meal was given for breakfast the third day after they processed him 72 hours after being detained.

67    If the U.S. Persons get fed only 2 rotten or spoiled cakes for their breakfasts, the American Medical Association is guilty.

68    It encourages its members to starve every sense of the human body, including, sight, smell, hearing, taste, and touch, which are associated with their own organs.

WHEREFORE, the American Medical Association must require its 300,000 members to purchase the Daily Condiments Nutrition Program (DCNP) for each of the five senses at the cost of $1,100 per sense: Payments amounting to $5,500 must be made by each of the physicians to Neyembo Mikanda, PHD, MD, LLD, DPS, DHG, DID, CHSC, c/o, United States District Court, Office of the Clerk, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

69    COUNT IV (PREVENTING THE EX PARTE OF THE UNITED STATES TO SHOWER)

70    In the day when they chose to criminalize Neyembo Mikanda, and supplied him with their accusation, he had already been imprisoned for about 24 hours.

71    They jailed him unlawfully: They provided him not a shower opportunity.

72    When they took his pictures which they sold on the Internet for $30.00 to $40.00 per photograph, they also intended to compensate Neyembo Mikanda half of their proceeds.

73    If these same people had been so photographed in the African prison system without proper apparels, and without having taken a shower, they would require their compensation to amount to $10 million USD per sold photograph.

WHEREFORE, City of Everett, and Snohomish County shall each pay to the order of Neyembo Mikanda the sum of ten million U.S. dollar (US$10,000,000.00), for jailing him unlawfully and making photographs of him in their jail; and for selling his pictures without his consent; and, without affording him Due Process; and for refusing to offer him nutritive condiments for his 5 senses; and for denying him access to drinking water; and access to showers; and for refusing to give him a mattress and a blanket, and for *ignoring* his rights under the Interstate Agreement on Detainers, which prevents the Courts from putting Neyembo Mikanda on trial *without first finishing* the trial of UNITED STATES *v.* MIKANDA (08-CR-130-NLH), which is in nature of, SELL *v.* UNITED STATES (2003) 156 L. Ed. 2d 197.

74    Respectfully Submitted:

75    By:

76    Neyembo Mikanda

76    103 Trotter Drive West

77    Wilmington, DE 19810

78    07/31/2024    Filed By Mail    U.S.P.S.™ CERTIFIED MAIL® №: 7021 0350 0001 1043 3174

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine    -- TIN**-***9076

U.S. POSTAGE PAID
FCM LETTER
EVERETT, WA 98201
JUL 31, 2024
$5.86
S2324K504380-04

CERTIFIED MAIL

7021 0350 0001 1043 3174

N. Aitanla, CASE
103 Trotter Drive West
Wilmington, DE 19810

FILED
LODGED
RECEIVED

AUG 05 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Honorable Ravi Subramanian
U.S. District Court Executive/Clerk
of Court
U.S. Courthouse
700 Stewart Street
Suite 2310
Seattle, WA 98101-1371

98101-444285