# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

EX PARTE MIKANDA

                *(Plaintiff.)*

     *v.*

TYLER TECHNOLOGIES INCORPORATED ET AL

               *(Defendants.)*

Case №: 2:24-cv-01212-JLR



FILED / LODGED / RECEIVED — MAIL
AUG 0 5 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

To  Ravi Subramanian
     District Court Executive/Clerk of Court
     U.S. Courthouse
     700 Stewart Street, Suite 2310
     Seattle, WA 98101-1271

Ex-Prisoner-Appointed to utter destruction thereafter Released-Trial-Free therefrom -- Ex Parte Mikanda unto the Most Excellent Clerk of Court Subramanian does send his greeting, together with his Ex Parte Complaint, which he hereby requests you to file in the above captioned matter.

Respectfully Submitted,

*[signature]*
Nyembo Mikanda

Dated: July 31, 2024

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine    -- All Rights Reserved.