**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

August 8, 2024

Neyembo Mikanda
103 TROTTER DRIVE WEST
WILMINGTON, DE 19810

Your civil action, ***Mikanda v. Tyler Technologies Incorporated et al***, was filed in the United States District Court – Western District of Washington on August 5, 2024.

The case has been assigned to District Court Judge James L. Robart, case number **2:24–cv–01212–JLR**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

> **Filing Fee Not Paid**
> The filing fee requirement must be met by paying the $405.00 filing fee or submitting an Application for In Forma Pauperis (IFP). An IFP form is enclosed for your convenience. The filing fee must be paid, or the IFP Application submitted, by **9/9/2024**.
>
> **Civil Cover Sheet Omitted**
> As required by Local Civil Rule 3(a), a Civil Cover Sheet is required at the time of filing. Please fill out the enclosed form and return it to the Clerk's Office as soon as possible.

The deficiencies must be corrected by the listed deadline(s). Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file