UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

EX PARTE MIKANDA, CHSC

v.

EVERETT LAW ASSOCIATION;
AMERICAN MEDICAL ASSOCIATION;
AMERICAN PSYCHOLOGICAL ASSOCIATION;
CITY OF EVERETT;
SNOHOMISH COUNTY; and
TYLER TECHNOLOGIES INCORPORATED

CASE №: 24-CV-1212 JLR



## PROCLAMATION OF JUDICIAL HONOR

HEAR YE: Pursuant to the Powers, *which* were Declared, June 24, 2024, in the Certificate of Entitlement, which has been lodged in Document 10, of MIKANDA *v.* SEATTLE POLICE, Ex Parte Mikanda acquired the Power *which* was forfeited to him by the Branches of the U.S. Government, which anointed him with feces to justify forcibly-medicating him in order to "enjoy *the* right" to the "public trial," which the 3 Branches disallowed *each other* to perform.

HEAR YE; HEAR YE: By the powers vested in Neyembo Mikanda by the Legislative Branch; and by the Executive Branch; and also, by the Judicial Department of the United States, the Sword of the Arrest Warrant, which was *twice* withdrawn from USA *v.* MIKANDA "was doubled," *here* and *in New Jersey*, "because the thing is established by God:" JAMES BRUCE STRICKLAND, ESQ., of Stafford, VA, is hereby appointed to the Position of CHIEF JUSTICE of the SUPREME COURT of the United States. He shall replace John Roberts, January 1, 2025.

IN WITNESS WHEREOF, I have set my hand on this Process, *which* is dated, the Fourteenth Day of August, Two Thousand Twenty-Four, Year of Our Lord; *which* is exactly, Seven Years, after Judges withdrew the U.S. Constitution, Amendment VI, *when* they disallowed *each other* to convene *a* Trial against NEYEMBO MIKANDA, PHD, MD, LLD, DPS, DHG, DID, CHSC.

Copyrighted © 2024 – Neyembo Mikanda, c/o: New Jersey University College of Public Synergies & Medicine    -- TIN**-***9076