UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEYEMBO MIKANDA, | CASE NO. C24-1212JLR |
| Plaintiff, | ORDER |
| v. | |
| TYLER TECHNOLOGIES INCORPORATED, et al., | |
| Defendants. | |

*Pro se* Plaintiff Neyembo Mikanda filed a proposed complaint on August 5, 2024, without paying the filing fee or applying to proceed *in forma pauperis* ("IFP"). (Compl. (Dkt. # 1); *see generally* Dkt.) On August 8, 2024, the Clerk issued a notice of filing deficiency in which it instructed Mr. Mikanda to either pay the $405.00 filing fee or submit an application to proceed IFP by no later than September 9, 2024. (Not. (Dkt. # 3).) The notice warned Mr. Mikanda that failure to do so could lead to dismissal of this

1    action.  (*Id.*); *see also Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (holding

2    district court properly dismissed complaint without prejudice for failure to pay filing fee).

3         Although the September 9, 2024 deadline has now expired, Mr. Mikanda has

4    neither paid the filing fee nor applied to proceed IFP.  (*See generally* Dkt.)  Accordingly,

5    the court DISMISSES this action without prejudice for failure to either pay the applicable

6    filing fee or submit an IFP application.

7         Dated this 10th day of September, 2024.

8

9    _____

10                              JAMES L. ROBART
                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2