# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NEYEMBO MIKANDA,<br><br>              Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES INCORPORATED, et al.,<br><br>              Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C24-1212JLR |

___ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's proposed complaint, and this action, are DISMISSED without prejudice for failure to pay the filing fee.

Filed this 10th day of September, 2024.

                                                                         RAVI SUBRAMANIAN<br>
                                                                         Clerk of Court

                                                                         s/ Ashleigh Drecktrah<br>
                                                                         Deputy Clerk